## IN RE RETENELLER.

No. 546.   Decided December 9, 1957.

*Jacob J. Kilimnik* for appellant.

*David Berger* filed a motion for the City of Philadelphia to dismiss the appeal.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## WALSH *v.* FIRST NATIONAL BANK & TRUST CO. OF SCRANTON, PA.

No. 553.   Decided December 9, 1957.

Appellant *pro se.*

*Murdaugh Stuart Madden* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.